# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 16-05027-BRO (MRWx) | Date | May 8, 2017 |
|---|---|---|---|
| Title | ALEJANDRO ALMAGUER V. MUSCLEPHARM CORPORATION, ET AL. | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS)

## ORDER RE DISMISSAL

On February 15, 2017, the Court granted a stipulation between the parties to stay this case until April 7, 2017. (*See* Dkt. No. 33.) The stipulation provided that if neither of the parties requested enforcement of the terms of the parties' settlement agreement, the Court was to dismiss the case with prejudice on April 7, 2017. (*See id.*) If a party filed a declaration alleging a breach of the settlement agreement and requesting its enforcement, the Court was to hear this request by a noticed motion and would not dismiss the case. (*See id.*) As of today's date, no party has informed the Court of a breach of the settlement agreement or requested that the Court enforce its terms. Accordingly, as the deadline for filing such requests has passed, pursuant to the parties' stipulation, the case is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**   :

Initials of Preparer   rf